THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL BOURKE, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted October 3, 1951; decided October 11, 1951.

*Michael Bourke,* in person, for motion.

No one opposed.

Upon consideration of further papers submitted by movant, the Court of Appeals adheres to original decision of July 11, 1951. Motion denied.